**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHARLES MENDEZ,  )<br>  Petitioner,  )<br>  )<br>v.  )<br>  )<br>COLLETTE GOGUEN,  )<br>  Respondent.  )<br>  ) | **CIVIL ACTION**<br>**NO. 17-40076-TSH** |

**ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Docket No. 22 )**

**NOVEMBER 30, 2020**

**HILLMAN, D.J.,**

After review of the Petitioner's objections to the Magistrate Judge's Report and Recommendation (Docket No. 25), the Report and Recommendation is accepted and adopted. I ***adopt*** the Report and Recommendation (Docket No. 22) and ***deny*** the Petitioner's Motion for a Writ of Habeas Corpus  (Docket No. 1).  Accordingly, this action is dismissed.

**SO ORDERED.**

                                                                                       */s/* ***TIMOTHY S. HILLMAN***
                                                                                       **DISTRICT JUDGE**